IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-62-CAR-CHW-2 |
| JANECIA GREEN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE

Currently before the Court is Defendant Janecia Green's Unopposed Motion to Continue [Doc. 60] the pretrial conference scheduled for January 10, 2024, and the trial, which is set to begin January 29, 2024, in Macon, Georgia. On November 14, 2023, the Grand Jury returned an indictment charging Defendant with Assisting Escape of Person Committed to Custody and Defendant was arrested. On November 15, 2023, Defendant retained counsel, pled not guilty at her arraignment, and was detained pending a detention hearing. On November 21, 2023, the Court granted the Government's Motion for Detention.

In the Motion, Defense Counsel represents additional time is needed to review discovery. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to review discovery and could result in a

1

miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 60], and **HEREBY ORDERS** that this case be continued until the April 8, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 5th day of January, 2024.

                              s/ C. Ashley Royal
                              C. ASHLEY ROYAL, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT