IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-62-CAR-CHW-2 |
| JANECIA GREEN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

Currently before the Court is Defendant Janecia Green's Unopposed Motion to Continue [Doc. 64] the pretrial conference scheduled for March 12, 2024, and the trial, which is set to begin April 8, 2024, in Macon Georgia. On November 14, 2023, the Grand Jury returned an indictment charging Defendant with Assisting Escape of Person Committed to Custody and Defendant was arrested. On November 15, 2023, Defendant retained counsel, pled not guilty at her arraignment, and was detained pending a detention hearing. On November 21, 2023, the Court granted the Government's Motion for Detention. This case has previously been continued once.

In the Motion, Defense Counsel requests a continuance to provide additional time to review discovery and engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in

1

a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 64], and **HEREBY ORDERS** that this case be continued until the June 3, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 11th day of March, 2024.

s/ C. Ashley Royal_____

C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT